FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC 10 PM 4:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | * | CIVIL ACTION |
| v. | * | NO. 89-1740 |
| NATIONAL BUSINESS CONSULTANTS, INC., et al | * | SECTION: "M" |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The Federal Trade Commission makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered on November 8, 1991 and the amended judgment entered on April 8, 2003 against the defendants, National Business Consultants, Inc., Robert Namer, Namer, Inc., America First Communications, Inc., Voice of America, Inc., and Friends of Robert Namer, jointly and severally, in the amount of $3,019,377. The sum of $1,613.18 has been credited to the judgment debt, leaving a total balance due of $3,017,763.82, as of December 7, 2004.

Demand for payment of the above-stated debt was made upon National Business Consultants, Inc., Robert Namer, Namer, Inc.,

DATE OF ENTRY
DEC 16 2004

America First Communications, Inc., Voice of America, Inc., and Friends of Robert Namer, but they have failed to satisfy the debt.

The Garnishee is believed to owe or will owe money to National Business Consultants, Inc., Robert Namer, Namer, Inc., America First Communications, Inc., Voice of America, Inc., and/or Friends of Robert Namer, or is in possession of property in which National Business Consultants, Inc., Robert Namer, Namer, Inc., America First Communications, Inc., Voice of America, Inc. and/or Friends of Robert Namer have a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agent:

    COPYTEK-TRONICS, INC.
    Through its Registered Agent K. Mack Robinson
    1485 Livingston Lane
    Jackson, MS  39213

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY

    _____
    ENEID A. FRANCIS
    Assistant United States Attorney
    Bar Roll No. 5816
    Hale Boggs Federal Building
    500 Poydras Street, Room B210
    New Orleans, LA  70130
    Telephone:  (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | * | CIVIL ACTION |
| v. | * | NO. 89-1740 |
| **NATIONAL BUSINESS CONSULTANTS, INC., et al.** | * | SECTION: "M" |
| | * * * | |

## O R D E R

The Federal Trade Commission has applied for issuance of a Writ of Garnishment in order to satisfy the judgment entered on November 8, 1991, and the amended judgment entered on April 8, 2003 against National Business Consultants, Inc., Robert Namer, Namer, Inc., America First Communications, Inc., Voice of America, Inc., and Friends of Robert Namer;

IT IS HEREBY ORDERED that the Clerk issue the Writ of Garnishment and Copytek-Tronics, Inc., be made garnishee and ordered to answer the writ within 10 days from service.

New Orleans, Louisiana, this 14th day of Dec. , 2004.

_____
UNITED STATES DISTRICT JUDGE