


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | * | CIVIL ACTION |
| v. | * | NO. 89-1740 |
| **NATIONAL BUSINESS CONSULTANTS,** | * | SECTION: "M" |
| **INC., et al.** | | |
| * * * | | |

### ANSWER OF THE GARNISHEE

    Darryl Reaves _____, BEING DULY SWORN DEPOSES AND SAYS:

A.  IF GARNISHEE IS AN INDIVIDUAL:

That the debtor is Garnishee herein doing business in the name of _____, whose address is _____.

IF THE GARNISHEE IS A PARTNERSHIP:

That the debtor is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That the debtor is the Business Consultant of Garnishee, CopyTek-tronics, Inc., a corporation, organized under the laws

of the State of _Mississippi_____, whose address is _____

1485 Livingston Lane, Jackson, MS 39213
_____

_____.

    B.    On _December 29_____, 2004, Garnishee was served with the Writ of Garnishment for the pay period in effect on the date of service.

    1.    Defendant was in my/our employ.   _____ Yes   _X_ No

    2.    Pay period is ___ weekly, ___ bi-weekly,

        ___ semi-monthly, ___ monthly.

The pay period in effect on the Order and Writ of Garnishment were served began on _N/A_____.

    3.    Enter amount of net wages. Calculate below:

        (a)   Gross Pay $ _N/A_____

        (b)   Federal income tax  $ _____

        (c)   F.I.C.A. income tax  $ _____

        (d)   State income tax  $ _____

        (e)   Total of tax withholdings  $ _____

Net Wages        $ _____
(**a** less **e**)

    4.    Have there been previous garnishments which are presently in effect.

        _____ Yes    _X_ No

If the answer is yes, describe below.

_____

_____

_____

_____

C. Garnishee has custody, control or possession of the following property (non-earnings), in which the judgment-debtor maintains an interest:

| | Description of Property | Approximate Value | Description of Debtor's Interest n Property |
|---|---|---|---|
| 1. | N/A | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

D. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $ 0 | N/A |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

E. Check the applicable line below, if you deny that you hold property subject to this order of garnishment.

_____   Garnishee makes the following claim of exemption on the part of judgment-debtor:

_____

_____

_____

- 3 -

OR

___X___        Garnishee has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon plaintiff's claim:

According to the letter from Eneid A. Francis on December 29, 2004,

CopyTek-tronics, Inc. is to withhold the full amount due to Voice

of America. Due to this, CopyTek-tronics, Inc. will be deprived from

the debtors needed services.

_____        Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

F. Garnishee mailed the original of this answer by first-class mail to the Clerk of Court, United States District Court, 500 Poydras Street, New Orleans, LA 70130, and a copy of this answer by first-class mail to:

> National Business Consultants, Inc.
> 3313 Kingman Street
> Metairie, LA 70006
>
> Robert Namer
> 3313 Kingman Street
> Metairie, LA 70006
>
> Namer, Inc.
> 3313 Kingman Street
> Metairie, LA 70006
>
> America First Communications, Inc.
> 3313 Kingman Street
> Metairie, LA 70006
>
> Voice of America, Inc.
> 3313 Kingman Street
> Metairie, LA 70006

```
Friends of Robert Namer
3313 Kingman Street
Metairie, LA  70006

United States Attorney's Office
Financial Litigation Unit
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, LA  70130
```

_____
GARNISHEE

Subscribed and sworn to before me this

____6____ day of __January__ 200_5_.

_Donna M. Evans_
Notary Public

My commission expires: MY COMMISSION EXPIRES MAY 6, 2005