

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO: 89-1740** |
| **NATIONAL BUSINESS CONSULTANTS, INC., et al** | **SECTION: "M"(1)** |

## ORDER

NAMER'S MOTION TO RECONSIDER PARTS OF JULY 8, 2005 MAGISTRATE JUDGE ORDER[1]

### DENIED WITHOUT PREJUDICE

RECEIVER'S MOTION TO COMPEL ROBERT NAMER TO TURN OVER MAIL TO COURT APPOINTED RECEIVER (Rec. doc. 964)

### GRANTED

On July 8, 2005, an order was issued which addressed several matters including: (1) a Dell

laptop computer; and (2) Namer's request for access to information at the Kingman Street office.

Rec. doc. 944. Namer's request for reconsideration with respect to the laptop is denied without

prejudice. The documentation presented by Namer does not contain a serial number which can be

---

[1] At the time of the preparation of this minute entry the Clerk had not assigned a document number to this motion.

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

compared to the serial number on the laptop at Kingman Street. Until the Receiver completes his review of the corporate files at Kingman Street, Namer's request for access to the property must be denied without prejudice. As promptly as possible after the Receiver completes his review of the corporate files, there will be a status conference at which Namer's request for access will be reconsidered.

The Receiver seeks an order compelling Namer to turn over mail addressed to Namer, Inc., Voice of America, Inc. and America First Communications, Inc. that was received by him since June 21, 2005 through the present and weekly thereafter. Procedures for the mail were established in the August 22, 2005 minute entry for a conference on August 19, 2005. Rec. doc. 997. Those procedures will not be modified.

IT IS ORDERED as follows:

1.      Namer's motion to reconsider part of July 8, 2005 Magistrate Judge Order is DENIED WITHOUT PREJUDICE to his right to renew the request for items at Kingman Street and access to that property after the Receiver completes his review of the corporate files at Kingman Street.

2.      Receiver's motion to compel Namer to turn over mail to court appointed receiver (Rec. doc. 964) is GRANTED in accord with the August 22, 2005 minute entry (Rec. doc. 997).

New Orleans, Louisiana, this 24th day of August, 2005.

SALLY SHUSHAN
**United States Magistrate Judge**

2