

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO: 89-1740** |
| **NATIONAL BUSINESS CONSULTANTS, INC., et al** | **SECTION: "M"(1)** |

## ORDER

NAMER'S MOTION FOR EXPEDITED HEARING[1]

**GRANTED**

NAMER'S MOTION TO TURN OVER RELIGIOUS ITEMS

**GRANTED**

Before the undersigned is the motion of the defendant, Robert Namer ("Namer"), for expedited hearing of his motion to turn over religious items. The request for expedited hearing will be granted. Namer seeks an order requiring that any religious articles located at the Kingman Street property be released to him. The parties raised this issue in conferences with the court. Rec. docs.

---

[1] At the time of the preparation of this minute entry the Clerk had not assigned a document number to this motion.



997 and 998.[2]

As promptly as possible the Receiver shall telephone Namer and schedule a time when Namer can walk through the Kingman Street property and identify the religious items that he wants released to him. Any items that the Receiver determines are religious in nature and of de minimis value shall be released to Namer after he signs a release. If the Receiver and Namer are unable to schedule a time for this procedure, the Receiver shall contact the court to set a telephone conference so that a time may be scheduled.

IT IS ORDERED that Namer's motion for expedited hearing is GRANTED and Namer's motion to turn over religious items is GRANTED in accord with the terms of this order.

New Orleans, Louisiana, this 24th day of August, 2005.

SALLY SHUSHAN
United States Magistrate Judge

---

[2] The FTC agreed to permit the Receiver to release religious items at the Kingman Street property that are identified by Namer and that in the Receiver's opinion have a de minimis value. This was to occur after Namer turned over the keys to the locked cabinets to the Receiver. Namer reports that he will appeal the order requiring him to turn over the keys. There is no just reason why these religious items should not be released to Namer.