FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 26  AM 10: 27

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | CIVIL ACTION |
| VERSUS | NO: 89-1740 |
| NATIONAL BUSINESS CONSULTANTS, INC., et al | SECTION: "M"(1) |

### ORDER

NAMER'S MOTION FOR EXPEDITED HEARING[1]

**GRANTED**

NAMER'S MOTION FOR PRODUCTION AND ADMISSIONS

**DENIED WITHOUT PREJUDICE**

At a conference on August 19, 2005 that was conducted in aid of settlement, Ms. Erica Wodinsky, who participated for the FTC, was asked a question about the use of funds that the FTC collected from Namer as a result of the judgment. Ms. Wodinsky reported that the FTC had conducted a claims review process and there were a number of claims that had been approved. She may have identified the number of claims as approximately 450. She reported that the average value of each claim was about $7,500. One distribution has been made to the claimants. The FTC hoped

---

[1] At the time of the preparation of this minute entry the Clerk had not assigned document numbers to these motions.



to make a further distribution.

Namer filed a motion for expedited hearing of his motion for production and admissions. Attached to the motion are a request for production and a request for admission. He has served discovery with his motion. He seeks an order requiring the FTC to respond to his discovery before the FTC has had an opportunity to do so. This is not the procedure that is called for by the Federal Rules of Civil Procedure. These rules provide that a party has thirty days to respond to such discovery. Fed. R. Civ. P. 34 and 36. If Namer is dissatisfied with the response of the FTC, he may file a motion to compel provided that he complies with the Local Rules and the Federal Rules of Civil Procedure for such a motion.

IT IS ORDERED as follows:

1. Namer's motion for expedited hearing is GRANTED.

2. Namer's motion for production and admissions is DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 24th day of August, 2005.

**SALLY SHUSHAN**
**United States Magistrate Judge**