FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 28  PM 4: 26

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | * | **CIVIL ACTION** |
| v. | * | NO. 89-1740 |
| **NATIONAL BUSINESS CONSULTANTS, INC., et al** | * | SECTION: "M" (1) |
| | * * * | |

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The Federal Trade Commission makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered on November 8, 1991 and the amended judgment entered on April 8, 2003 against the defendants, National Business Consultants, Inc., Robert Namer, Namer, Inc., America First Communications, Inc., Voice of America, Inc., and Friends of Robert Namer, jointly and severally, in the amount of $3,019,377, plus pre-judgment interest from date of judicial demand and attorneys' fees and costs. The sum of $152,149.79 has been credited to the judgment debt, leaving a total balance due of $4,014,328.74, as of July 28, 2005.

___ Fee_____
___ Process___
X/ Dkd._____
✓ CtRmDc_____
___ Doc. No._____

Demand for payment of the above-stated debt was made upon the judgment-debtors, but they have failed to satisfy the debt.

The Garnishee is believed to owe or will owe money to Robert Namer, Namer, Inc., America First Communications, Inc., and/or Voice of America, Inc., or is in possession of property in which Robert Namer, Namer, Inc., America First Communications, Inc., and/or Voice of America, Inc. have a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agent:

>Safari Auto Trading, Inc.
>Through its Registered Agent
>David A. Sewell
>1524 High Street
>Metairie, LA 70001

>Respectfully submitted,
>
>JIM LETTEN
>UNITED STATES ATTORNEY
>
>ENEID A. FRANCIS
>Assistant United States Attorney
>Bar Roll No. 5816
>Hale Boggs Federal Building
>500 Poydras Street, Room B210
>New Orleans, LA  70130
>Telephone:  (504) 680-3060