

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 12  PM 4: 13

LORETTA G. WHYTE
   CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | CIVIL ACTION |
| **VERSUS** | NO: 89-1740 |
| **NATIONAL BUSINESS CONSULTANTS, INC., et al** | SECTION: "M"(1) |

## ORDER

RECEIVER'S MOTION FOR AUTHORITY TO EMPLOY CPA (Rec. doc. 1021)

**GRANTED**

　　Before the undersigned is the motion of Claude C. Lightfoot, Jr., Receiver of Namer, Inc, Voice of America, Inc. and America First Communications, Inc. ("the Receiver"), for an order authorizing him to employ J. Edward Perron, Jr., CPA and the Certified Public Accounting firm of J. Edward Perron, Jr., APAC to assist the Receiver in reviewing the books and records of the three corporations and preparing fiduciary returns on behalf of the Receiver. Mr. Perron submitted a declaration in support of the application.

　　Namer objects on behalf of the corporations. Namer may not represent the corporations. They are represented by counsel. For this reason Namer's opposition is improper. Assuming Namer can represent the corporations, his arguments are without merit. He contends that if the Receiver is not qualified to discharge his appointment, he should not be permitted to hire help that will deplete

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
_✓_ Doc. No____
```

the corporations' assets. He contends that the Receiver has copies of the tax returns and financial statements and if the Receiver has any questions concerning these statements, he should be required to ask Namer. He contends that the Receiver has no right to file a tax return on behalf of Namer or the shareholders of the corporations. Rec. doc. 1047. In effect Namer contends that the request for authority to hire a CPA is beyond the Receiver's appointment.

When the District Court appointed the Receiver, he was authorized to: (1) assume, control, manage and investigate the financial affairs of the three corporations and liquidate their assets; (2) make all business decisions regarding the liquidation of the corporations' assets; (3) obtain the assistance of professionals; and (4) incur administrative and general expenses. Rec. doc. 894. The May 31, 2005 order appointing the Receiver contemplated that he may require the services of a CPA in the performance of his duties.

IT IS ORDERED that the Receiver's motion for an order authorizing him to employ J. Edward Perron, Jr., CPA and the Certified Public Accounting firm of J. Edward Perron, Jr., APAC to assist Receiver in reviewing the books and records of the three corporations and preparing fiduciary returns on behalf of Receiver (Rec. doc. 1021) is GRANTED.

New Orleans, Louisiana, this 9th day of December, 2005.

SALLY SHUSHAN
United States Magistrate Judge