FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2006 MAY 26  PM 4: 28

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**FEDERAL TRADE COMMISSION**                     CIVIL ACTION
                                                 NO. 89-1740

**VERSUS**

**NATIONAL BUSINESS CONSULTANTS, ET. AL.**       SECTION M

## ORDER

Before the Court is an Objection to the Magistrate's Order of April 27, 2006 denying enrollment of Cary J. Deaton, attorney for Namer, Inc., America First Communications, Inc. and Voice of America, Inc., which came for hearing on May 24, 2006, on the briefs.

After consideration of the motion, the magistrate's order, and the applicable law, the Court affirms the magistrate's order.

New Orleans, Louisiana, this 26th day of May, 2006.

Peter Beer
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____