# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO: 89-1740** |
| **NATIONAL BUSINESS CONSULTANTS, INC., et al** | **SECTION: "M"(1)** |

## ORDER

The Court, having considered the motions of Claude C. Lightfoot, Jr. (Receiver) for authority to pay brokerage fees to William Whitley of Media Services Group and the application of Joseph C. Chautin, III, of Hardy, Carey, Chautin & Balkin, LLP for professional fees and expenses (Rec. docs 1261 and 1262), the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objection to the Magistrate Judge's Report and recommendation, makes the following ruling:

The Court approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter, except for the amount of fees granted Joseph Chautin, II and the firm of Hardy, Carey, Chautin & Blakin, LLP. That amount shall be reduced to $50,000. Therefore

IT IS ORDERED that,

1. The Receiver's motion for authority to pay brokerage fees in the amount of $33,900.00 William Whitley of Media Services Group. (Rec. doc. 1261) is GRANTED.

2. The Receiver's motion to approve and pay first and final application of special counsel for

fees and expenses (Rec. doc. 1262) is GRANTED in PART and DENIED in PART.

3. Joseph C. Chautin, III and the firm of Hardy, Carey, Chautin & Balkin, LLP are awarded fees of $50,000. and costs of $1,778.22 for a total of $51,778.22.

New Orleans, Louisiana, this   19th   day of   December  , 2007.

**UNITED STATES DISTRICT JUDGE**