UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO:  89-1740** |
| **NATIONAL BUSINESS CONSULTANTS, INC., et al** | **SECTION: "M"(1)** |

## REPORT AND RECOMMENDATION

Before the undersigned is the motion of Claude C. Lightfoot, Jr. ("Receiver"), for authority to reimburse the U.S. Marshal for monies advanced on behalf of the Receiver to preserve the assets of the entities under receivership and for costs incurred.  Rec. doc. 1286.  All motions for fees and costs in this case were referred to the undersigned.  Rec. doc. 1263.

Receiver submitted a schedule of expenses for which reimbursement is sought.  Rec. doc. 1286 (Rec. doc. A).  These expenses total $16,459.77.  These expenses were incurred in connection with the property on Kingman Street and the land in St. Tammany Parish.  The undersigned has reviewed these expenses and finds, based on the undersigned's close involvement in this matter since the appointment of Receiver and the seizure of these properties, the expenses were reasonable and necessarily incurred.  The Receiver demonstrates that he possesses sufficient funds to pay the U.S. Marshal.

Robert Namer submitted a letter in which he requested an opportunity to examine the Receiver under oath concerning these expenses.  Based on the review of these expenses and the

Receiver's knowledge of these proceedings, it is not necessary to subject the Receiver to examination regarding these expenses. Mr. Namer's request for a hearing on these expenses is denied.

## RECOMMENDATION

It is RECOMMENDED that the Receiver's motion to reimburse U.S. Marshal (Rec. doc. 1286) be GRANTED and that payment be made to U.S. Marshall of $16,459.77.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. USAA, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 16th day of January, 2008.

SALLY SHUSHAN
United States Magistrate Judge