UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| FEDERAL TRADE COMMISSION | CIVIL ACTION |
|---|---|
| VERSUS | NO:  89-1740 |
| NATIONAL BUSINESS CONSULTANTS, INC., et al | SECTION: "M"(1) |

### ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the motion of Claude C. Lightfoot, Jr. ("Receiver"), for authority to reimburse the U.S. Marshall (Rec. doc. 1286) is GRANTED and Receiver pay the U.S. Marshal the sum of $16,459.77.

New Orleans, Louisiana, this 13th day of February, 2008.

**PETER BEER**
**United States District Judge**