UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | CIVIL ACTION |
| VERSUS | NO:  89-1740 |
| NATIONAL BUSINESS CONSULTANTS, INC., et al | SECTION: "M"(1) |

### ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to such Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that: (1) the motion of Claude C. Lightfoot, Jr. ("Receiver") to approve and pay first application of general counsel for fees and expenses (Rec. doc. 1306) is GRANTED in PART and DENIED in PART; and (2) Emile L. Turner, Jr. and the Law Office of Emile L. Turner, Jr. are awarded fees of $231,600.00 and costs of $10,300.00 for a total of $241,900.00.

New Orleans, Louisiana, this  29th  day of    July   , 2008.

_____
**PETER BEER**
**United States District Judge**