Case 2:89-cv-01740-MVL  Document 1391  Filed 07/27/09  Page 1 of 1

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Federal Trade Commission | COURT CASE NUMBER<br>Civil Action No. 89-1740-S |
|---|---|
| DEFENDANT<br>National Business Consultants Inc., | TYPE OF PROCESS<br>Writ of Garnishment |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Blue Haven Pools of Louisiana, Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7119 Veterans Memorial Blvd, Metairie, LA 70003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Sharon D. Smith
Assistant United States Attorney
500 Poydras Street, Room B210
New Orleans, LA 70130

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Sharon D. Smith, AUSA

TELEPHONE NUMBER: Efia Bias (504) 585-5334
DATE: 07/14/2009

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk<br>Joanne Waite | Date<br>7/14/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Robert Nanev, garnishee

| Date of Service | Time | |
|---|---|---|
| 7-21-09 | 845 | pm |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $110.00 | $24.35 | 0 | $134.35 | | | |

REMARKS:
① 7-20-09 - 4:35 p.m. - business closed.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|