# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO: 89-1740** |
| **NATIONAL BUSINESS CONSULTANTS, INC., et al** | **SECTION: "M"(1)** |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the motion of Claude C. Lightfoot, Jr. ("Receiver") to approve and pay final application of general counsel for fees and expenses (Rec. doc. 1392) is GRANTED; and (2) Emile L. Turner, Jr. and the Law Office of Emile L. Turner, Jr. are awarded fees of $8,381.50 and costs of $2,582.72 for a total of $10,964.22.

New Orleans, Louisiana, this 17th day of September, 2009.

United States District Judge