UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO: 89-1740** |
| **NATIONAL BUSINESS CONSULTANTS, INC. ET AL.** | **SECTION: "S" (1)** |

## ORDER

**IT IS HEREBY ORDERED** that the "Motion for Reconsideration of the Court's Denial Order of Namer's Motion to Quash Seizure" and the Motion to Stay the Release of Levied Funds is **DENIED**. (Document #1414.)

Namer does not challenge the court's ruling on the merits that the $37,708.38 in the various bank accounts are not exempt from seizure and that he lacks standing to challenge the seizure of the assets in the accounts of Voice of America, Inc. and America First Communications, Inc. He argues that the government should be prohibited from seizing any asset until he is provided a full accounting and is able to urge accord and satisfaction of the judgment.

Namer provides no basis to establish that the seizure should be quashed. The Receiver's activities have resulted in a gross recovery of $937,389.41 on a debt of approximately

$9,909.238.52 as of November 5, 2009.  There is no indication that a full accounting will benefit Namer or show that he has satisfied the judgment.

New Orleans, Louisiana, this __5th__ day of November, 2009.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**