UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **No. 89-1740** |
| **NATIONAL BUSINESS CONSULTANTS ET AL.** | **SECTION I** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the objections[2] by defendant-debtor, Robert Namer ("Namer"), which are hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the Federal Trade Commission's objection to the answer of garnishee, Wingert, Grebing, Brubaker & Justice, LLP ("Wingert"), is **SUSTAINED**.

**IT IS FURTHER ORDERED** that Wingert shall supplement its answer to the FTC's writ of garnishment on or before **Monday, January 13, 2014**. Wingert's supplement shall include: (a) a description of the retainer (the property in Wingert's custody, control, or possession in which Namer maintains an interest); (b) the approximate value of the retainer; and (c) a description of Namer's interest in the retainer.

New Orleans, Louisiana, December 31, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1562.
[2] R. Doc. No. 1567; *see also* R. Doc. No. 1573.